1  **WO**                                                                          SC

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                      **FOR THE DISTRICT OF ARIZONA**

8

9   United States of America,              )   No. CR 06-0716-PHX-MHM
                                           )
10                    Plaintiff,           )   No. CV 06-3098-PHX-MHM (DKD)
                                           )
11  v.                                     )   **ORDER**
                                           )
12  Jose Orlando Cea-Palacios,             )
                                           )
13                    Defendant/Movant.    )
                                           )
14  _____   )

15          Movant Jose Orlando Cea-Palacios[1] ("Movant"), presently confined in the Central

16  Arizona Detention Center ("CADC") in Florence, Arizona, has filed a *pro se* "Motion For

17  Time Reduction by an Inmate in Federal Custody (28 U.S.C. § 2255)."  (Doc.# 23.)[2]  On

18  December 18, 2006, he was sentenced by this Court to a term of 30 months after he pleaded

19  guilty of illegal reentry after deportation in violation of 8 U.S.C. § 1326(a), with a sentencing

20  enhancement under 8 U.S.C. § 1326(b)(2).  (Doc.# 21.)  The Court will dismiss the motion

21  with leave to amend.

22  **I.      Failure to Use the Court-Approved Form**

23          The District Courts, by local rule, may prescribe the form to be used for filing a

24  § 2255 action.  See Rule 2(c), Rules Governing § 2255 Proceedings, foll. 28 U.S.C. § 2255.

25  _____

26      [1]  Movant identified himself only as "J. Palacios" in his motion.  The Court uses
27  Movant's full name as it appeared in his criminal case.

28      [2]  "Doc.#" refers to the docket number of documents filed in the criminal case.

JDDL

1   Under the District Court's local rule, Movant must use the court-approved form when he files

2   a *pro se* petition pursuant to 28 U.S.C. § 2255. <u>See</u> LRCiv 3.5(a). Movant has not complied

3   with this rule.

4       The Court may, in its discretion, forego the requirement of the court-approved form.

5   The Court declines to do so in this case, however, because Movant's submission fails to

6   substantially comply with the court-approved form for a § 2255 proceeding. Movant used

7   a form that the Court previously has seen filed by numerous other prisoners. In part, the form

8   asserts a claim that the movant's right to equal protection has been violated because as an

9   alien, movant is not entitled to a one-year reduction of sentence based on participation in a

10  drug program, whereas a United States citizen is entitled to the reduction. It is not entirely

11  clear whether these circumstances actually apply to Movant. In addition, Movant failed to

12  sign the motion under penalty of perjury. <u>See</u> LRCiv 3.5(a) (requiring signature under

13  penalty of perjury). Because the form submitted by Movant is inadequate for a § 2255

14  proceeding and has not been signed under penalty of perjury, the Motion will be dismissed

15  with leave to file an Amended Motion within 30 days.

16  **II.    Amendment**

17      To amend his motion, Movant must properly complete a court-approved form, which

18  the Clerk of Court shall provide him. Movant must clearly label the form as an "Amended

19  Motion" and he must sign the Amended Motion under penalty of perjury. Further, in the

20  Amended Motion, Movant must describe each ground for relief and the facts supporting each

21  ground. In addition, because an Amended Motion supersedes the original motion, <u>see</u> <u>Ferdik</u>

22  <u>v. Bonzelet</u>, 963 F.2d 1258, 1262 (9th Cir. 1992); <u>Hal Roach Studios v. Richard Feiner &</u>

23  <u>Co.</u>, 896 F.2d 1542, 1546 (9th Cir. 1990), Movant may *not* incorporate by reference *any* part

24  of his original motion and he must retype or rewrite all information in his Amended Motion.

25  A ground for relief alleged in the original motion that is not alleged in the Amended Motion

26  is waived. <u>King v. Atiyeh</u>, 814 F.2d 565, 567 (9th Cir. 1987). Following submission of

27

28

1  Petitioner's Amended Motion, the original motion will be treated as non-existent.  <u>See</u>
2  <u>Ferdik</u>, 963 F.2d at 1262.

3  **III.    Warnings**

4       **A.      Address Changes**

5       Movant must file and serve a notice of a change of address 10 days before his move,
6  if practicable, is effective.  <u>See</u> LRC<small>IV</small> 83.3(d).  Movant shall not include a motion for other
7  relief with his notice of change of address.

8       **B.      Copies**

9       Movant must submit an additional copy of every original motion or other document
10  filed for use by the Court.  <u>See</u> LRCiv 5.4.  Failure to comply with this requirement may
11  result in the motion or document being stricken without further notice to Movant.

12       **C.      Possible Dismissal**

13       Movant is warned that if he fails to timely comply with every provision of this Order,
14  including these warnings, this action will be dismissed without further notice.  <u>See</u> <u>Ferdik</u>,
15  963 F.2d at 1260-61 (district court may dismiss action for failure to comply with any order
16  of the Court).

17  **IT IS ORDERED:**

18       (1) The "Motion for Time Reduction by an Inmate in Federal Custody (28 U.S.C.
19  § 2255)" (doc.# 23) is **dismissed with leave to amend**.  Movant must file an Amended
20  Motion  pursuant to 28 U.S.C. § 2255, in accordance with this Order, **no later than 30 days**
21  **from the filing date of this Order**.

22       (2)  The Clerk of the Court will enter a judgment of dismissal of this action and the
23  accompanying civil action, CV 06-3098-PHX-MHM (DKD), without prejudice and without
24  further notice to the Movant if he fails to file an Amended Motion within **30 days of the**
25  **filing date of this Order**.

26  ///

27  ///

28

1        (3)  The Clerk of the Court must forthwith provide Movant a current court-approved

2    form for filing a Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal

3    Custody (28 U.S.C. § 2255).

4        DATED this 24th day of January, 2007.

5

6

7

8                                        Mary H. Murguia
                                United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JDDL

_____
Name

_____
Prison Number

_____
Place of Confinement

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | _____ |
| | ) | Case Number (To be supplied by |
| _____, | ) | the Clerk, U. S. District Court) |
| (Full Name of Movant) | ) | |
| | ) | |
| _____, | ) | MOTION TO VACATE, SET ASIDE, |
| (Include name under which you were | ) | OR CORRECT  SENTENCE BY A |
| convicted.) | ) | PERSON IN FEDERAL CUSTODY |
| | ) | (28 U.S.C. § 2255) |
| Movant. | ) | |
| _____ | ) | |

(If movant has a sentence to be served in the future under a federal
judgment which he wishes to attack, he should file a motion in the federal
court which entered the judgment.)

INSTRUCTIONS - READ CAREFULLY

(1) This motion must be legibly handwritten or typewritten and signed by the
movant under penalty of perjury. Any false statement of a material fact
may serve as the basis for prosecution and conviction for perjury. All
questions must be answered concisely in the proper space on the form.
Where more room is needed to answer any question, use reverse side of
sheet.

(2) Additional pages are not permitted except with respect to the *facts*
which you rely upon to support your grounds for relief.  No citation of
authorities need be furnished. If briefs or arguments are submitted,
they should be submitted in the form of a separate memorandum.

(3) Upon receipt, your motion will be filed if it is in proper order. No
fee is required with this motion.

(4) If you do not have the necessary funds for transcripts, counsel, appeal,
and other costs connected with a motion of this type, you may request
permission to proceed *in forma pauperis*, in which event you must execute
the Declaration on the last two (2) pages, setting forth information
establishing your inability to pay the costs. If you wish to proceed *in
forma pauperis*, you must have an authorized officer at the penal
institution complete the Certificate as to the amount of money and
securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single
motion. If you seek to challenge judgments entered by different judges
or divisions

**510**

either in the same district or in different districts, you must file separate motions as to each judgment.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the motion you file seeking relief from any judgment of conviction.

(7) When the motion is fully completed, *the original and two (2) copies* must be mailed to:

<u>Phoenix & Prescott Divisions</u>:   OR   <u>Tucson Division</u>:
U.S. District Court Clerk            U.S. District Court Clerk
U.S. Courthouse, Suite 321           U.S. Courthouse, Suite 1500
401 West Washington St., SPC 10      405 West Congress Street
Phoenix, Arizona  85003-2119         Tucson, Arizona  85701-5010

(8) Motions which do not conform to these instructions will be returned with a notation as to the deficiency.

<u>MOTION</u>

1.  Name and location of court which entered the judgment of conviction under attack: _____
2.  Date of judgment of conviction: _____
3.  Length of sentence: _____ Sentencing Judge: _____
4.  Nature of offense involved (all counts): _____
    _____
    _____
    _____

5.  What was your plea?    (Check one)
    (a) Not Guilty      (  )
    (b) Guilty          (  )
    (c) Nolo contendere (  )
    If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: _____
    _____
    _____
    _____

6.  Kind of trial:  (Check one)
    (a) Jury          (  )
    (b) Judge only    (  )
7.  Did you testify at the trial?  Yes (  )      No (  )
8.  Did you appeal from the judgment of conviction?  Yes (  )      No (  )
9.  If you did appeal, answer the following:
    (a) Name of Court: _____
    (b) Result: _____
    (c) Date of result: _____
10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?      Yes (  )    No (  )
11. If your answer to 10 was "yes," give the following information:
    (a) (1) Name of Court: _____
        (2) Nature of proceeding: _____

-2-

    (3) Grounds raised: _____

_____

_____

_____

    (4) Did you receive an evidentiary hearing on your petition,
application,      or motion? Yes ( )    No ( )

    (5) Result: _____

    (6) Date of result: _____

(b) As to any second petition, application, or motion, give the same
information:

    (1) Name of court: _____

    (2) Nature of proceeding: _____

_____

    (4) Did you receive an evidentiary hearing on your petition,
application, or motion? Yes ( )    No ( )

    (5) Result: _____

    (6) Date of result: _____

(c) As to any third petition, application, or motion, give the same
information:

    (1) Name of court: _____

    (2) Nature of proceeding: _____

    (3) Grounds raised: _____

_____

_____

_____

    (4) Did you receive an evidentiary hearing on your petition,
application,      or motion? Yes ( )    No ( )

    (5) Result: _____

    (6) Date of result: _____

(d) Did you appeal, to an appellate federal court having jurisdiction,
the result of action taken on any petition, application, or motion?

    (1) First petition, etc.     Yes ( )    No ( )

    (2) Second petition, etc.    Yes ( )    No ( )

    (3) Third petition, etc.     Yes ( )    No ( )

(e) If you did not appeal from the adverse action on any petition,
application, or motion, explain *briefly* why you did not: _____

_____

_____

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held
unlawfully. Summarize *briefly* the facts supporting each ground. If
necessary, you may attach pages stating additional grounds and *facts*
supporting same.

    CAUTION:  If you fail to set forth all grounds in this motion, you may
               be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, *you should raise in this motion all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose. Do not check any of the grounds listed below. The motion will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by an unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

A.   Ground One: _____

Supporting FACTS (tell your story *briefly* without citing cases or law):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

B.   Ground Two: _____

Supporting FACTS (tell your story *briefly* without citing cases or law):

_____
_____
_____
_____
_____

_____
_____
_____
_____
_____
_____

C.    Ground Three: _____

Supporting FACTS (tell your story *briefly* without citing cases or law):
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

D.    Ground Four: _____

Supporting FACTS (tell your story *briefly* without citing cases or law):
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

13.  If any of the grounds listed in 12A, B, C, and D were not previously
     presented, state briefly what grounds were not so presented, and give
     your reasons for not presenting them: _____
_____
_____
_____
_____
_____
_____
_____
_____

14.  Do you have any petition or appeal now pending in any court as to the
     judgment under attack?   Yes (  )      No (  )

15. Give the name and address, if known, of each attorney who represented
    you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing: _____
        _____
    (b) At arraignment and plea: _____
        _____
    (c) At trial: _____
        _____
    (d) At sentencing: _____
        _____
    (f) In any post-conviction proceeding: _____
        _____
    (g) On appeal from any adverse ruling in a post-conviction proceeding: __
        _____
        _____

16. Were you sentenced on more than one count of an indictment, or on more
    than one indictment, in the same court and at approximately the same
    time?
    Yes ( )    No ( )

17. Do you have any future sentence to serve after you complete the
    sentence imposed by the judgment under attack?   Yes ( )      No ( )
    (a) If so, give the name and location of the court which imposed the
        sentence to be served in the future: _____
        _____
    (b) Give the date and length of sentence to be served in the future: ____
        _____
    (c) Have you filed, or do you contemplate filing, any petition
        attacking the judgment which imposed the sentence to be served in
        the future?
        Yes ( )      No ( )

        WHEREFORE, movant prays that the court grant him all relief to
which he may be entitled in this proceeding.

        I declare (or certify, verify, or state) under penalty of perjury
that the foregoing is true and correct:


Executed on _____          _____
                 (date)                     Signature of Movant



_____
Signature of Attorney (if any)


-6-